IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                         Criminal No. 5:06CR9DCB-JCS

LORI MARCELLO and DEBRA MARCELLO

**ORDER**

CAME ON for consideration this date, the Motion of the Government to dismiss the Indictment with prejudice as to the defendants Lori Marcello and Debra Marcello, and the Court, being informed in the premises, finds that the Indictment should be dismissed as to the defendants Lori Marcello and Debra Marcello.

IT IS ORDERED that the Indictment as to the defendants Lori Marcello and Debra Marcello is hereby dismissed with prejudice.

ORDERED on this, the 19th day of September, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE
DAVID C. BRAMLETTE, III